# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHITNEY BANK                                      NO.   2020 CW 0718

VERSUS

HENRY RAYFORD                                     **OCTOBER 12, 2020**

---

In Re:   Henry Rayford, applying for supervisory writs, 22nd
         Judicial District Court, Parish of Washington, No.
         108044.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **TMH**
                              **MRT**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT